# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**            **CASE NO: 6:14-cr-105-Orl-22TBS**

**ROBERT LEE PASCO BRITTON**

_____

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 13), to which there has been a Notice of No Objection filed by the Government and a Notice of No Objection filed by the Defendant, the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offense. A sentencing has been scheduled by separate notice.

**DONE and ORDERED** at Orlando, Florida this 13th day of May, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record

Magistrate Judge

United States Marshals Service

United States Probation Office

United States Pretrial Services